COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-428-CV

IN RE 
3-T EXPLORATION, INC., JOE CREE, RELATORS

JOE E. CURTIS PRODUCTION CO., LTD., 

FISHER FAMILY PARTNERSHIP, 5-T 

PROPERTIES, LTD., WESLEY GREEN, 

LEONARD HUDSON DRILLING CO., 

INC., HUECO GLORIOSO OIL CO., 

MCGAHA PROPERTIES, LTD., 

WILLIAMS PETROLEUM CO., INC., 

LYNE ENERGY PARTNERS, L.P., 

REDMON OIL COMPANY, PROTECH 

MANAGEMENT CO., INC., AND OAK 

GROVE HOLDINGS, L.P.
 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL B:  GARDNER, LIVINGSTON, and MCCOY, JJ.

DELIVERED:  November 27, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.